DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700


Attorney for Defendant
ISRAEL HERNAN-CUEVAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-553-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ISRAEL HERNAN-CUEVAS, | ) | |
| | ) | Date: February 13, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edward J. Garcia |
| _____ | | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR. Assistant United States Attorney, attorney for Plaintiff, and JEFFREY L. STANIELS, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of February 13, 2009 be vacated, and the matter be set for status conference on March 13, 2009 at 10:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to investigate possible mitigating family circumstances inducing Mr. Cuevas to return to this country and to consult with government counsel with the benefit of that information.

   Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from February 13, 2009, through and including March 13, 2009, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

DATED:   February 12, 2009          /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED:   February 12, 2009          /s/Daniel McConkie, Jr.
                                    DANIEL MCCONKIE, JR.
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

---

**O R D E R**

Pursuant to the above stipulation of counsel, the above matter is continued to march 13, 2009.  Time for trial is excluded from today's date through and including March 13, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED**.


DATED: February 12, 2009          /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
                                  Senior United States District Judge

2