| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
ISRAEL HERNAN-CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-553-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| ISRAEL HERNAN-CUEVAS, | ) | |
| | ) | Date: March 13, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL D. ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and JEFFREY L. STANIELS, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 13, 2009 be vacated, and the matter be set for status conference on April 3, 2009 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to complete investigation into possible mitigating family circumstances inducing Mr. Cuevas to return to this country and to consult with government counsel with the benefit of that information.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from March 13, 2009, through and including April 3, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

DATED: March 12, 2009  /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

DATED: March 12, 2009  /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Pursuant to the above stipulation of counsel, the above matter is continued to April 3, 2009. Time for trial is excluded from today's date through and including April 3, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: March 12, 2009  /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior United States District Judge