1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
ISRAEL HERNAN-CUEVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-08-553-EJG |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ISRAEL HERNAN-CUEVAS, | ) |
| | ) Date: April 17, 2009 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL D. ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and JEFFREY L. STANIELS, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 17, 2009 be vacated, and the matter be set for status conference on May 15, 2009 at 10:00 a.m.

The reason for this continuance is due to the unavailabilty of defense counsel on April 17, 2009, and to complete investigation into possible mitigating family circumstances inducing Mr. Cuevas to return to this country and to consult with government counsel with the benefit of that information.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from April 17, 2009, through and including May 15, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

DATED: April 15, 2009              /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant

                                   McGREGOR W. SCOTT
                                   United States Attorney

DATED: April 15, 2009              /s/ Michael D. Anderson
                                   MICHAEL D. ANDERSON
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

Pursuant to the above stipulation of counsel, the above matter is continued to May 15, 2009. Time for trial is excluded from today's date through and including May 15, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: April 15, 2009              /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   Senior United States District Judge